# STATE OF MICHIGAN

# COURT OF APPEALS

PEOPLE OF THE STATE OF MICHIGAN,

     Plaintiff-Appellee,

v

THEOLA LOUISE GARNES,

     Defendant-Appellant.

FOR PUBLICATION
July 19, 2016

No. 324035
Oakland Circuit Court
LC No. 2013-247944-FH

Before: RONAYNE KRAUSE, P.J., and SAWYER and STEPHENS, JJ.

SAWYER, J. (*concurring*).

     I concur in the result only.

/s/ David H. Sawyer